**Order entered January 11, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01202-CV

### IN THE INTEREST OF C.T.H. AND H.V.H., CHILDREN

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-07021

### ORDER

Before the Court is the January 9, 2023 request of Melva Key, Official Court Reporter for the 302nd Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 19, 2023**.

As directed by this Court's notice dated on December 20, 2023, appellant has provided written verification of payment for the clerk's record. Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record on or before **January 27, 2023.**

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Key; Ms. Pitre; and, all parties.

/s/   KEN MOLBERG
JUSTICE